IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A.K. SCRIBNER, et al.,<br><br>　　　　　　　　　　　Defendant. | 1:06-CV-0208 LJO DLB P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　Good cause appearing, Defendants are granted a thirty-day extension of time to respond to Plaintiff's Complaint. Defendants' response shall be due on or before March 5, 2008.

06pc208.ext.ranson.dm.wpd
SA2007304859

[Proposed] Order

1

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Ransom v. Scribner, et al.**

No.: **1:06-CV-0208 LJO DLB P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 31, 2008, I served the attached **[PROPOSED] ORDER - REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Bryan Edwin Ransom
H-71641
California State Prison, Corcoran
Post Office Box 3476
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 31, 2008, at Sacramento, California.

| M. McCall | /s/ M. McCall |
|---|---|
| Declarant | Signature |

IT IS SO ORDERED.

Dated:   **February 11, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

2