IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>        Plaintiff,<br><br>v.<br><br>A.K. SCRIBNER, et al.,<br><br>        Defendants. | Case No.: 1:06-cv-00208 LJO DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Doc. #28)** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On March 4, 2008, Defendant's A.K. Scribner and Duncan filed a second request to extend time to respond to plaintiff's complaint. Good cause appearing, Defendants are granted an extension of time of thirty (30) days from the date their request was filed to respond to plaintiff's complaint. Defendants' response shall be due on or before April 4, 2008.

IT IS SO ORDERED.

**Dated:    March 14, 2008**            **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1