IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E RANSOM, | 1:06-cv-00208-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS |
| vs. | |
| A.K. SCRIBNER, et al, | (DOCUMENT #32) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On April 21, 2008,  plaintiff filed a motion to extend time to respond to defendant's motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to defendant's motion to dismiss.


IT IS SO ORDERED.

Dated:   **May 1, 2008**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE