# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:06-cv-00208-LJO-DLB PC |
|        Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANTS' MOTION TO DISMISS |
|    v. | |
| A.K. SCRIBNER, et al., | |
|        Defendants. | |
| _____/ | |

      Plaintiff Bryan E. Ransom, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On July 15, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On August 1, 2008, defendants filed an Objection.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendations, filed July 15, 2008, is adopted in full;

    2.    Defendants' motion to dismiss based on plaintiff's failure to exhaust the available administrative remedies is DENIED; and

    3.    Defendants' motion to dismiss for failure to state a claim upon which relief may be granted is DENIED.

IT IS SO ORDERED.

Dated:   September 2, 2008          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE