# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:06-cv-00208 LJO DLB PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANTS LUNA, KAYLOR, WILLIAMS AND MUNOZ FROM ACTION |
|  vs. | |
| A.K. SCRIBNER, et al., | (Doc. 49) |
|     Defendants. | |
| _____/ | |

Plaintiff Bryan E. Ransom, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 7, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 7, 2009, is adopted in full;

2. Defendants Luna, Kaylor, Williams and Munoz are dismissed from this action without prejudice pursuant to Fed. R. Civ. P. 4(m). IT IS SO ORDERED.

Dated: __August 17, 2009__    __/s/ Lawrence J. O'Neill__
                  UNITED STATES DISTRICT JUDGE