# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV-00208-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION<br><br>(DOC. 81) |

　　　　Plaintiff Bryan E. Ransom ("plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 9, 2010 and November 24, 2010, Plaintiff filed motions for temporary restraining orders, which the Court construed as motions for preliminary injunction. Docs. 57, 68.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 14, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days.  Neither party filed a timely Objection to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 14, 2011, is adopted in full; and
2. Plaintiff's motions for preliminary injunction, filed August 9, 2010, and November 24, 2010, are DENIED.

IT IS SO ORDERED.

**Dated:   February 28, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE