IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | 1:06-CV-00208-LJO-DLB PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTIONS TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC |
| vs. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | (Motions 77, 83) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 8, 2010 and January 24, 2011, Defendants filed a motion to extend time to file reply in support of their motion for summary judgment. Defendants subsequently filed their reply on March 15, 2011. Doc. 95. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' motions for extension of time to file a reply in support of their motion for summary judgment is granted nunc pro tunc. Defendants' reply is considered timely.

IT IS SO ORDERED.

Dated:   **April 21, 2011**          /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE